**Order entered January 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00817-CR

### RAYNALDO RIVERA ORTIZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-85328-2015**

## ORDER

Before the Court is Official Court Reporter Denise Condran's January 17, 2017 fourth request for an extension of time to file the reporter's record. The reporter's record in this appeal was originally due October 13, 2016.

Ms. Condran's request is **GRANTED** to the extent we **ORDER** Official Court Reporter Denise Condran to file the reporter's record in this appeal within **FIFTEEN DAYS** of the date of this order. Should Ms. Condran fail to do so, the Court will utilize its available remedies which include abating the appeal for a hearing in the trial court or ordering that Ms. Condran not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable David Rippel, Presiding Judge, County Court at Law No. 4; to Denise Condran, official court reporter of County Court at Law No. 4; and to all counsel.

/s/     ADA BROWN
           JUSTICE